IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:03CR311 |
| v. | ) | |
| JOEL CARIZALES-ARAUJO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's motion to compel, Filing No. 68. Defendant contends he has asked his former attorney, Michael Decker, to turn over files to him, and his attorney has failed to do so.

THEREFORE, IT IS ORDERED that Michael Decker shall respond to this motion on or before April 1, 2007.

DATED this 8th day of March, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge